IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SONDA R. GLAZE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WALMART | : | NO. 15-177 |
| CHANNEL 6 ACTION NEWS | : | |

**ORDER**

FILED
FEB 26 2015
MICHAELE. KUNZ, Clerk
_____ Dep. Clerk

AND NOW, this 26 day of February, 2015, upon consideration of plaintiff's motion for leave to proceed *in forma pauperis* and her pro se complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED with prejudice for the reasons stated in the Court's Memorandum.

3. The Clerk of Court shall CLOSE this case.

BY THE COURT:

_____
C. DARNELL JONES, II, J.

ENTERED
FEB 26 2015
CLERK OF COURT

2/26/15 mail
Glaze